IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHANNEL PARTNERS CAPITAL, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PROPERTY HOLDERS INVESTMENT, ) <br> LLC, a/k/a PROPERTY HOLDERS ) <br> INVESTMENTS, LLC and SEAN BURNS, ) <br> ) <br> Defendants. ) | CIV. ACT. NO. 1:24-cv-109-TFM-C |

### MEMORANDUM OPINION AND DEFAULT JUDGMENT

On September 30, 2025, the Magistrate Judge entered a report and recommendation which recommends the Plaintiff's Motion for Default Judgment (Doc. 17) be granted. *See* Doc. 24. No objections were filed and the time frame has passed.

The Court notes that the mail addressed to Defendant Sean Burns at the original address was returned with a note that the forward time had expired, but listed a Post Office Box in Summerdale, Alabama. *See* Doc. 28. Then the Clerk of Court sent the Report and Recommendation on to the address listed by the United States Postal Service for forwarding which was also returned. *See* Doc. 29. Regardless, the Defendants were properly served as shown by the Proof of Service filed on September 10, 2025. *See* Docs. 12, 13. Neither Defendant appeared after having been properly served.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. The Plaintiff's Motion for Default Judgment (Doc. 17) is **GRANTED**. Default judgment is entered in favor of Plaintiff Channel Partners Capital, LLC and

against Defendant Property Holders Investment LLC a/k/a Property Holders Investments, LLC and Sean Burns in the amount of **$139,586.30**. This consists of the remaining balance from the Agreement ($97,279.96), prejudgment interest through June 4, 2025 ($17,513.85), attorney's fees ($24,312.49), and costs ($480.00).

Having resolved the case in its entirety, this opinion and default judgment is considered a final order and the Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this 11th day of December, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE